IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EARL BUTLER,

      Petitioner,

v.                                               CASE NO. 1:05-cv-00091-MP-AK

STATE OF FLORIDA,

      Respondent.

_____/

## REPORT AND RECOMMENDATION

      This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus , filed by

Earl Butler.  Petitioner has also filed a motion for leave to proceed *in forma pauperis*.  Doc. 2.

      Petitioner is currently incarcerated in Hamilton County , Florida, and challenges the

failure of the Circuit Court of Hamilton County to credit him with time served in the county jail

before sentencing.  Doc. 1 at 4.  Jurisdiction is therefore appropriate in the United States District

Court for the Middle District of Florida, as the district of confinement and conviction.  28 U.S.C.

§ 2241(d).   Under no circumstances is this cause properly pending in this district.

      It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the

United States District Court for the Middle District of Florida for all further proceedings.

      **IN CHAMBERS** at Gainesville, Florida, this   **24th**   day of May, 2005.

                                **s/ A. KORNBLUM**
                                **ALLAN KORNBLUM**
                                **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

1:05cv32-MMP/AK