IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EARL BUTLER,
     Petitioner,

v.                                      CASE NO. 1:05-cv-00091-MP-AK

STATE OF FLORIDA,
     Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 2, Report and Recommendation of Magistrate

Judge Kornblum, recommending that Doc. 1,  Petition for Writ of Habeas Corpus filed by Earl

Butler be transferred to the United States District Court for the Middle District of Florida for all

further proceedings.  The parties have been furnished a copy of the Report and Recommendation

and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States

Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an

objection has been made.  Neither party has filed an objection.  Having considered the Report

and Recommendation and lack of objections thereto timely filed, I have determined that the

Report and Recommendation should be ADOPTED.

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The Petition for Writ of Habeas Corpus, Doc. 1, filed by Earl Butler is transferred to the United States District Court for the Middle District of Florida for all further proceedings.

**DONE AND ORDERED** this   *12th*   day of July, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge